UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOME POINT FINANCIAL
CORPORATION d/b/a HOMEPOINT,

    PLAINTIFF,

v.

PATRIOT LENDING SERVICES, INC.,

    DEFENDANT.

CASE NO. 2:23-cv-10692-SJM-APP

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties in this matter have settled this dispute and any and all claims asserted in this matter are dismissed with prejudice. The dismissal is without costs or attorneys' fees to either party.

| | |
|---|---|
| /s/ Neal Bailen | /s/ Nancy A. Temple (w/permission) |
| Neal Bailen | Nancy A. Temple |
| STITES & HARBISON PLLC | KATTEN & TEMPLE, LLP |
| 323 E. Court Avenue | 109 S. LaSalle Street, Suite 950 |
| Jeffersonville, IN 47130 | Chicago, IL 60604 |
| Telephone: (812) 282-7566 | Telephone: (312) 663-0800 |
| Email: nbailen@stites.com | Email: ntemple@kattentemple.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023, the foregoing document was served on all counsel of record through CM/ECF.

                                                          *s/ Neal Bailen*
                                                          Neal Bailen

217633:2